No. 196. ANNA MARTIN, ADMINISTRATRIX, ETC., PLAINTIFF IN ERROR, v. CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY. In error to the Supreme Court

of the State of Wisconsin. Argued March 15, 1918.
Decided March 18, 1918. *Per Curiam.* Judgment affirmed with costs upon the authority of *Chicago Junction
Ry. Co.* v. *King,* 222 U. S. 222; *Seaboard Air Line Ry.* v.
*Padgett,* 236 U. S. 668, 673; *Seaboard Air Line Ry.* v.
*Koennecke,* 239 U. S. 352, 355; *Great Northern Ry. Co.* v.
*Knapp,* 240 U. S. 464, 466; *Baltimore & Ohio R. R. Co.*
v. *Whitacre,* 242 U. S. 169. *Mr. Walter L. Gold* and *Mr.
Henry Mahoney* for plaintiff in error. *Mr. H. J. Killilea,
Mr. C. H. Van Alstine* and *Mr. Rodger M. Trump* for
defendant in error.